■ SUSAN GATELY, Respondent, v JAMES GATELY, Appellant. THOMAS A. PALMER, Receiver, Respondent. (Appeal No. 2.) [984 NYS2d 901]—Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered May 3, 2012. The order vacated a notice of pendency filed by defendant against plaintiff and the receiver.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Gately v Gately* (117 AD3d 1490 [2014]). Present—Smith, J.P., Carni, Sconiers and Valentino, JJ.

■ In the Matter of TYRONE HOUSTON, Petitioner, v MICHAEL SHEAHAN, Superintendent, Five Points Correctional Facility, Respondent. [986 NYS2d 373]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered October 23, 2013) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Centra, Fahey, Sconiers and Valentino, JJ.